respondent.

No. 598. McGuire v. Hunter, Warden. See *ante,* p. 710.

No. 847. Western Union Telegraph Co. v. Lenroot, Chief of the Children's Bureau. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Francis R. Stark* for petitioner. *Solicitor General Fahy* and *Messrs. Douglas B. Maggs* and *Archibald Cox* for respondent.

No. 857. Barber v. Barber. May 15, 1944. Petition for writ of certiorari to the Supreme Court of Tennessee granted. *Mr. C. W. K. Meacham* for petitioner. *Mr. J. Clifford Curry* for respondent.

No. 855. Dow Chemical Co. v. Halliburton Oil Well Cementing Co.; and

No. 895. Halliburton Oil Well Cementing Co. v. Dow Chemical Co. May 15, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Russell Wiles* and *Wilber Owen* for Dow Chemical Co. *Messrs. Frederick S. Lyon, Leonard S. Lyon,* and *Earl Babcock* for Halliburton Oil Well Cementing Co. Reported below: 139 F. 2d 473.

No. 785. Keegan v. United States; and

No. 821. Kunze et al. v. United States. May 15, 1944. Petitions for writs of certiorari to the Circuit Court